AO 245B (Rev. 09/11) Judgment in a Criminal Case
v1  Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: MONTY ERVIN | Judgment Page: 2 of 6 |
| CASE NUMBER: 1:11cr7-02-MHT | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

120 Months. This term consists of 60 months as to count 2 and 60 months as to each of counts 3 through 5, to run concurrently with each other and consecutively to count 2.

☑ The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the defendant be placed at a facility as near as possible to Dothan, Alabama.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____   ☐ a.m.   ☐ p.m.   on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before   on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 7/05/12 to FCI Oakdale, LA.

a _____, with a certified copy of this judgment.

J. P. Young Warden
~~UNITED STATES MARSHAL~~

By Ray _____ CSO
~~DEPUTY UNITED STATES MARSHAL~~