IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       1:11cr07-MHT
                            )          (WO)
MONTY ERVIN                 )
```

ORDER

Now before the court is the United States Probation Department's petition for early termination of defendant Monty Ervin's supervised release.  The Department represents that Ervin has maintained a stable residence with his elderly mother, receives social security income, has fully cooperated with the probation officer, and has had no incidents of non-compliance during the 24 months he has completed of his three-year term of supervised release.  Also, the court understands that the government does not oppose the petition.

Accordingly, it is ORDERED that the petition for early termination of supervised release) (Doc. 313) is granted;  that  defendant  Monty  Ervin's  supervised

release is terminated; and that defendant Ervin is discharged.

DONE, this the 8th day of November, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE